438 A.2d 644

Commonwealth v. Lawson Appellant.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted April 13, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.